James H. Neale (JN6972)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants*

- and –

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 536-5201
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOYCE LUETTICKE,<br><br>       Plaintiff,<br><br>v.<br><br>PROCTER & GAMBLE PHARMACEUTICALS, INC. AND AVENTIS PHARMACEUTICALS, INC.,<br><br>       Defendants. | CIVIL ACTION NO. 1:08-CV-0889-JFK<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PROCTER & GAMBLE PHARMACEUTICALS, INC. |

Defendant Procter & Gamble Pharmaceuticals, Inc. ("P&G") files this disclosure statement with the clerk of court as required by Federal Rule of Civil Procedure 7.1 and certifies that P&G is a corporation with its principal place of business in Cincinnati, Ohio. Further, P&G is a wholly-owned subsidiary of The Procter & Gamble Company and no publicly held company, other than The Procter & Gamble Company owns 10% of more of P&G's stock.

10801466                                              -1-

Dated: March 3, 2008

FULBRIGHT & JAWORSKI L.L.P.

By: _____
James H. Neale (JN6972)
666 Fifth Avenue
New York, NY 10103-3198
(212) 318-3000
*Attorney for Defendants Procter & Gamble Pharmaceuticals, Inc., and sanofi-aventis U.S. L.L.C.*

- AND -

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701
(512) 536-5201

*Of Counsel*