CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a Notice of Electronic Filing to the following:

/s/ *James H. Neale*
James H. Neale

William B. Curtis, Esq.
Alexandra V. Boone, Esq.
MILLER, CURTIS & WEISBROD, L.L.P.
11551 Forest Central Dr., Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Facsimile: (214) 739-4732
Email: wcurtis@mcwlawfirm.com
Email: aboone@mcwlawfirm.com

ATTORNEYS FOR PLAINTIFF