AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/11/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kimberly Walker | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Certified Mail No. 7006 3450 0003 3097 3086

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3-11-08
              Date

Signature of Server: *Kimberly Walker*

MILLER, CURTIS & WEISBROD, L.L.P.
P.O. BOX 821329
DALLAS, TX 75382-1329

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

JOYCE LUETTICKE

V.

PROCTER & GAMBLE PHARMACEUTICALS, INC., AND AVENTIS PHARMACEUTICALS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-MD-1789 (JFK)

08 CV 0889

TO: (Name and address of Defendant)

Aventis Pharmaceuticals, Inc.
200 Crossing Boulevard
Bridgewater, NJ 08807

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miller, Curtis & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JAN 2 4 2008

CLERK                                                              DATE

_/s/ Marcos Quintero_

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543<br>347956   KW   2/8/08   27MCW1457 Luetticke | FILED<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>FEB 11 2008<br>CSC |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article (Transfer)   7006 3450 0003 3097 3086 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $
Postmark Here

7006 3450 0003 3097 3086

Sent To: Corporation Service Company
Street, Apt or PO Box: 80 State Street
City, State: Albany, NY 12207-2543
347956   KW   2/8/08   27MCW1457 Luetticke

PS Form 3811