AO 440 (Rev 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: 2/14/2008 |
| NAME OF SERVER (PRINT): Kimberly Walker | TITLE: Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail No. 7007 3020 0000 4340 2882

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-13-08
            Date

Signature of Server: *Kimberly Walker*

MILLER, CURTIS & WEISBROD, L.L.P.
P.O. BOX 821329
DALLAS, TX 75382-1329

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

JOYCE LUETTICKE

V.

PROCTER & GAMBLE PHARMACEUTICALS, INC., AND AVENTIS PHARMACEUTICALS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-MD-1789-JFK

08 CV 0889

TO: (Name and address of Defendant)

Procter & Gamble Pharmaceuticals, Inc.
One Procter Gamble Plaza
Cincinatti, OH 45202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miller, Curtis & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                     JAN 2 4 2008
CLERK                                                  DATE

_Marcos Quintero_
(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   Certified Mail   ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name) Received   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>if YES, enter delivery address below: ☐ No FEB 14 2008<br>NYSOr<br>CT, a Wolters Kluwer Business |
| 1. Article Addressed to:<br><br>C T Corporation System<br>111 Eighth Avenue<br>New York, NY 10011<br>347955   KW 2/8/08 27MCW1457 Luetticke | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0000 4340 2882 |

PS Form 3811, August 2001     Domestic Return Receipt     2ACPRI-03-Z-0985

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 3020 0000 4340 2882

Sent To: C T Corporation System
Street, Apt or PO Box: 111 Eighth Avenue
City, State: New York, NY 10011
347955   KW 2/8/08 27MCW1457 Luetticke

PS Form